440 A.2d 1243

Commonwealth v. Williams, Appellant.

Submitted May 22, 1981. Timothy M. Carland, Assistant Public Defender, for appellant; Edward J. Tocci, District Attorney, for Commonwealth, appellee.

Before HESTER, DiSALLE and POPOVICH, JJ.

Judgment of sentence affirmed.